UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICO CRUZ, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAWK INDUSTRIES, INC., et al.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-01510-JLT-EPG<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>(ECF No. 35) |

　　　　Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the Stipulated Protective Order (ECF No. 35) is approved.

IT IS SO ORDERED.

　　　Dated:　**June 16, 2022**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE