Edwin Aiwazian (SBN 232943)
Tara Zabehi (SBN 314706)
Travis Maher (SBN 327206)
Brittany Shaw (SBN 331773)
LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel:  (818) 265-1020
Fax: (818) 265-1021
*Attorneys for* Plaintiff

IAN A. WRIGHT (State Bar No. 271957)
KAITLIN H. OWEN (State Bar No. 305653)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000
Facsimile: 213-576-1100
E-mail: ian.wright@alston.com
E-mail: kaitlin.owen@alston.com
*Attorneys* for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICO CRUZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAWK INDUSTRIES, INC., *et al.*,<br><br>Defendants. | Case No. 1:20-cv-01510-JLT-EPG<br><br>ORDER RE: STIPULATION GRANTING PLAINTIFF LEAVE TO FILE PROPOSED FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES<br><br>(ECF No. 37). |

Plaintiff Nico Cruz ("Plaintiff"), individually, and on behalf of other members of the general public similarly situated, and Defendants Mohawk Industries, Inc., Daltile Services, Inc., Dal-Tile Services, Inc., and Dal-Tile Corporation (collectively, "Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on September 15, 2020, Plaintiff filed a putative class action complaint in the above-entitled action against Defendants for violations of the California Labor Code;

WHEREAS, on October 23, 2020, Defendants filed a Notice of Removal and related documents invoking federal jurisdiction under the Class Action Fairness Act of 2005 ("CAFA")

1

(Doc. 1);

WHEREAS, on November 23, 2020, Plaintiff filed a Notice of Motion and Motion to Remand and related documents (Doc. 7);

WHEREAS, on December 30, 2020, Defendant filed a Response in Opposition to Plaintiff's Motion to Remand (Doc. 10);

WHEREAS, on September 23, 2021, the Court granted Defendants' request to file supplemental briefing regarding Plaintiff's Motion to Remand (Doc. 12);

WHEREAS, on October 22, 2021, Defendants' filed a supplemental brief and related documents in connection with Defendants' Opposition to Plaintiff's Motion to Remand (Doc. 14);

WHEREAS, on January 10, 2022, the Court denied Plaintiff's Motion to Remand finding Defendants established the amounts in controversy exceeds $5 million (Doc. 18);

WHEREAS, on April 14, 2022, pursuant to Federal Rules of Civil Procedure 26, counsel for Plaintiff and for Defendants met and conferred regarding the amendment to the operative complaint proposed by Plaintiff. Counsel for Defendants has agreed to stipulate to the filing of a First Amended Class Action Complaint for Damages ("First Amended Complaint") to include additional facts supporting the causes of action;

WHEREAS; pursuant to this Court's Class Action Scheduling Conference Order, "any motions or stipulations requesting leave to amend the pleadings shall be filed no later than August 22, 2022" (Doc. 31);

WHEREAS, by stipulating to the filing of a First Amended Complaint, Defendants do not waive any substantive or procedural rights or defenses it may have to Plaintiff's claims and allegations;

WHEREAS, attached hereto as EXHIBIT A is Plaintiff's [Proposed] First Amended Class Action Complaint for Damages

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1. Plaintiff may file the attached [Proposed] First Amended Class Action Complaint for Damages.

2

2. Defendants shall have thirty (30) days to file and serve its response to Plaintiff's First Amended Complaint, which time period shall run from the later of the Court's execution of the proposed Order herein, or Plaintiff's filing and service of the First Amended Complaint.

Dated: August 17, 2022                                **LAWYERS for JUSTICE, PC**

                                                     By: _____/s/ Brittany L. Shaw_____
                                                       Edwin Aiwazian
                                                       Brittany L. Shaw
                                                       Attorneys for Plaintiffs

Dated: August 17, 2022                                **ALSTON & BIRD LLP**

                                                     By: _/s/ Ian A. Wright_____
                                                       Ian A. Wright
                                                       Kaitlin H. Owen
                                                       Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation (ECF No. 17) granting Plaintiff leave to file the proposed First Amended Class Action Complaint for Damages, IT IS HEREBY ORDERED that Plaintiff shall file the proposed First Amended Class Action Complaint for Damages by August 24, 2022, and that Defendants shall file and serve their response to Plaintiff's First Amended Complaint by September 23, 2022.

IT IS SO ORDERED.

Dated: **August 18, 2022**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE