UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICO CRUZ, *individually, and on behalf of other members of the general public similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC., *et al.*,<br><br>Defendants. | Case No.  1:20-cv-01510-JLT-EPG<br><br>ORDER RE: STIPULATION TO STAY PROCEEDINGS<br><br>(ECF No. 50). |

On March 24, 2023, the parties filed a joint stipulation to stay this case pending mediation. (ECF No. 50). The stipulation states that the parties have agreed to mediate and that "the mediation is scheduled to take place on June 20, 2023." (*Id.* at 3). The parties request "that the Court stay all proceedings in the action pending the mediation and, once the mediation is completed, the Parties will file a joint report with the Court advising it of the outcome of the mediation and their respective positions on whether the stay should be lifted." (*Id.* at 4). Based on the parties' stipulation, IT IS ORDERED as follows:

1. All proceedings, including formal discovery and all pending deadlines in this matter, are stayed pending mediation without prejudice to any party requesting a lift of the stay or to reschedule case deadlines following mediation;

1

2. The parties shall file a joint report with the Court by July 20, 2023, regarding the outcome of the mediation and addressing whether the stay should be lifted.

IT IS SO ORDERED.

Dated:  **March 27, 2023**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2