UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICO CRUZ, *individually, and on behalf of other members of the general public similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC., *et al.*,<br><br>Defendants. | Case No. 1:20-cv-01510-JLT-EPG<br><br>ORDER RE: JOINT STIPULATION FOR MODIFIED SCHEDULING ORDER<br><br>(ECF No. 54). |

Pursuant to the parties' stipulation (ECF No. 54), IT IS ORDERED that the Court's scheduling order is modified as follows:[1]

1. Non-expert discovery due by February 16, 2024;
2. Motion for Class Certification filed by March 29, 2024;
3. Opposition to Class Certification filed by May 24, 2024;
4. Reply to Class Certification filed by June 7, 2024; and

\\\

\\\

---

[1] Further, the Court will contact the parties to set up a time and date for a telephonic informal discovery dispute conference, as requested by the parties.

1

5. The Court will hold a hearing on the Motion for Class Certification on June 21, 2024, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __August 7, 2023__                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

2