# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICO CRUZ SANCHEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAWK INDUSTRIES, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-1510 JLT EPG<br><br>ORDER GRANTING APPROVAL OF THE REVISED CLASS NOTICE<br><br>(Doc. 74) |

On October 30, 2024, the parties submitted a revised class notice. (Doc. 74-1.) Review of the notice indicates it includes the modifications identified by the Court. (*See* Doc. 73 at 41.) The notice contains information required by Rule 23 of the Federal Rules of Civil Procedure, including: the nature of the action, the settlement class preliminarily certified, the claims to be resolved, representation by counsel, how a class member may object to the settlement and request exclusion, deadlines for responses, and the effect of judgment.  Therefore, the revised class notice (Doc. 74-1) is **APPROVED**.

IT IS SO ORDERED.

Dated: __**October 31, 2024**__　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE